UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAM WONG,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>    Defendants. | Case No. 18-cv-00353-JST (RMI)<br><br>**ORDER TO FILE UPDATED JOINT STATEMENT REGARDING MOTION TO COMPEL**<br><br>Re: Dkt. No. 34 |

Upon consideration of the pending Motion to Compel (Doc. 34), it is ORDERED that the parties shall, on or before December 11, 2018, meet and confer by telephone in a good faith effort to resolve the matter. Thereafter, Defendants shall, on or before December 13, 2018, file a short notice with the court outlining which issues, if any, remain in dispute. The court will determine at that time whether a hearing will be set.

**IT IS SO ORDERED.**

Dated: November 27, 2018.

ROBERT M. ILLMAN
United States Magistrate Judge